# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**

    vs.                    CASE NUMBER: 5:11-cv-672 (GTS/DEP)

**$15,989.00 IN UNITED STATES CURRENCY**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That all claims with regard to the $15,989.00 in United States Currency are hereby barred and forever closed; that all right, title and interest to the defendant currency is hereby forfeited to the United States of America; that the U.S. Marshal Service shall dispose of the defendant currency in accordance with law; and the costs of this action are to be borne by the United States of America.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 13th day of September, 2011.

DATED: September 13, 2011

*Lawrence K. Baerman*
Clerk of Court

s/ _____
Lori Welch
Deputy Clerk